No. 71–507. KEYES ET AL. *v.* SCHOOL DISTRICT No. 1, DENVER, COLORADO, ET AL. C. A. 10th Cir. [Certiorari granted, 404 U. S. 1036.] Motion of American Civil Liberties Union et al. ·for leave to file a brief as *amici curiae* granted. MR. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 71–1510. ROSS, ADMINISTRATIVE JUDGE, ET AL. *v.* RADICH. C. A. 2d Cir. Motion to expedite consideration of petition denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion. ■■■

No. 71–1513. RUSSO *v.* BYRNE, U. S. DISTRICT JUDGE. C. A. 9th Cir. Motion to expedite consideration of petition denied.

No. 71–6278. ALMEIDA-SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, *ante,* p. 944.] Motion for appointment of counsel granted. It is ordered that James A. Chanoux, Esquire, of San Diego, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 71–1336. IN RE GRIFFITHS. Appeal from Sup. Ct. Conn. Probable jurisdiction noted. ■■■

No. 71–1332. SAN ANTONIO INDEPENDENT SCHOOL DISTRICT ET AL. *v.* RODRIGUEZ ET AL. Appeal from D. C. W. D. Tex. Motion of Wendell Anderson, Governor of Minnesota, et al. for leave to file a brief as *amici curiae* granted. Probable jurisdiction noted. ■■■